IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION
FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 JAN -4 AM 9:39
CLERK M. akins
SO. DIST. OF GA.

| | | |
|---|---|---|
| DONALD MICHAEL RICHARDS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-064 |
| | ) | |
| STATE OF GEORGIA; DODGE COUNTY; | ) | |
| and DODGE COUNTY LAW | ) | |
| ENFORCEMENT CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 14.) Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 4th day of January, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE